IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| **DENISE KIEFER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NO.** |
| | ) | **3:16-cv-00059** |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF SETTLEMENT

**COMES NOW** defendant Portfolio Recovery Associates, LLC ("Defendant"), by and through its undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached as to all claims of plaintiff Denise Kiefer against Defendant.

Defendant, therefore, requests that this Honorable Court vacate all dates currently set on the calendar for the present matter and give the parties 60 days to file the necessary dismissal papers.

Respectfully submitted this 21st day of March, 2016.

*s/ Alan D. Leeth*
Alan D. Leeth (BPR # 022358)
R. Frank Springfield (BPR # 025833)
J. Christopher Suedekum (TN Bar # 034462)

BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-510
aleeth@burr.com
fspringf@burr.com

BURR & FORMAN, LLP
511 Union Street, Suite 2300
Nashville, TN 37219
Telephone: (615) 724-3237
Facsimile: (615) 724-3337
csuedekum@burr.com

Attorneys for Defendant
PORTFOLIO RECOVERY ASSOCIATES, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of March, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Cynthia T. Lawson
Bond, Botes & Lawson, PC
6704 Watermour Way
Knoxville, TN  37901


*s/ Alan D. Leeth*
OF COUNSEL