# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| DENISE KIEFER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 3:16-cv-00059 |
| PORTFOLIO RECOVERY ASSOCIATES, ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** plaintiff Denise Kiefer ("Plaintiff") and defendant Portfolio Recovery Associates, LLC ("Defendant"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby jointly stipulate that this action is dismissed, with prejudice, with the parties to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 8th day of April, 2016.

                                                *s/ Cynthia T. Lawson*
                                                Cynthia T. Lawson (BPR #018397)
                                                Bond, Botes & Lawson, PC
                                                6704 Watermour Way
                                                Knoxville, TN 37901
                                                Telephone: (865) 938-0733
                                                Facsimile: (423) 370-1717
                                                Cynthialawson@bbllawgroup.com

                                                Attorney for Plaintiff
                                                DENISE KIEFER

          *s/ Alan D. Leeth*
Alan D. Leeth (BPR # 022358)
R. Frank Springfield (BPR # 025833)
J. Christopher Suedekum (TN Bar # 034462)

BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-510
aleeth@burr.com
fspringf@burr.com

BURR & FORMAN, LLP
511 Union Street, Suite 2300
Nashville, TN 37219
Telephone: (615) 724-3237
Facsimile: (615) 724-3337
csuedekum@burr.com

Attorneys for Defendant
PORTFOLIO RECOVERY ASSOCIATES, LLC